

**UNITED STATES PROBATION & PRETRIAL SERVICES**
**District of New Hampshire**

# MEMORANDUM

**DATE**: April 16, 2025

**TO**: Honorable Paul J. Barbadoro
U.S. District Judge

**FROM**: Jennafer McNutt
U.S. Probation Officer Assistant

**RE**: Robby Lewis, Docket No.: 1:24-CR-3-PB

### Recommendation to Suspend a Condition of Supervision

**The probation officer assistant respectfully recommends that the Court suspend Special Conditon #7 as outlined in the Judgement and Commitment document dated March 4, 2025. In support of this recommendation, the probation officer assistant offers the following information.**

On February 26, 2025, the defendant was sentenced in this distrct after having been convicted of Conspiracy to Distribute Methamphetamine. He was sentenced to time served followed by three years of supervised release with various supervision conditions. One of those conditions is Special Condition #7, which requires that the defendant submit to searches, subject to specified parameters, conducted by a probation officer.

The defendant is currently supervised in the District of Massachusetts. Pursuant to national guidance, the probation office in that district has requested a transfer of jurisdiction. The probation office in Massachusetts has advised that it does not conduct searches, and therefore, it has asked that this condition be removed or suspended.

This recommendation is made pursuant to the Post-Conviction Supervision Procesures Manual, PR 2.20(d), which states, in part, "… officers should recommend that unnecessary or unenforceable conditions be formally removed, or alternative, notify fhe Court or Parole Commission of the circumstances and the intention to suspend implementation of the condition absent an objection."

No concurrence by the parties has been sought because it is not required.

Lewis, Robby, Docket No.: 1:24-CR-3
Recommendation to Remove a Condition of Supervision
April 16, 2025
Page 2

Reviewed & Approved:

| /s/ *Scott. M. Davidson* | 04/16/2025 |
|---|---|
| Scott M. Davidson | Date |
| Supervisory U.S. Probation Officer | |

X   Approved

☐   Denied

☐   Other

| /s/Paul Barbadoro | 4/16/2025 |
|---|---|
| Honorable Paul J. Barbadoro | Date |
| U.S. District Judge | |